NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THERESA A. JONES,                      )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D18-685
                                       )
ADDIE BURKS,                           )
                                       )
          Appellee.                    )
                                       )
_____)

Opinion filed December 19, 2018.

Appeal from the Circuit Court for
Hillsborough County; Chet A. Tharpe,
Judge.

Theresa A. Jones, pro se.

Mark A. Neumaier, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, MORRIS, and LUCAS, JJ., Concur.